UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CYNTHIA RICE, | |
| Plaintiff, | Case No. 3:23-cv-00150 |
| v. | Judge Eli J. Richardson |
| | Magistrate Judge Alistair E. Newbern |
| AECOM, et al., | |
| Defendants. | |

**ORDER**

Defendants AECOM, Maxim Crane Works, and McHugh Concrete Construction have filed motions to extend the time to respond to Plaintiff Cynthia Rice's amended complaint. (Doc. Nos. 11, 14.) Defendants ask for an extension of time until 30 days after the last defendant is served with process. (Doc. No. 14.) Defendants' counsel states that he will likely represent "three or more" of the named defendants and "must confer with each of the Defendants individually before appearing for them and filing Answers on their behalf." (*Id.*) It appears that the current deadline for the defendants who have appeared in the action to answer the amended complaint is April 11, 2023. A summons was issued for the only unserved defendant, Hunt Construction Group, on March 22, 2023. (Doc. No. 21.) It appears that counsel filed a motion to appear pro hac vice on behalf of all of the defendants, including Hunt Construction Group, on March 27, 2023. (Doc. No. 22.) The Court therefore GRANTS Defendants' motion and ORDERS all defendants to respond to the amended complaint no later than April 26, 2023.

It is so ORDERED.

ALISTAIR E. NEWBERN
United States Magistrate Judge