UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CYNTHIA RICE,<br><br>  Plaintiff,<br><br>v.<br><br>AECOM, et al.,<br><br>  Defendants. | Case No. 3:23-cv-00150<br><br>Judge Eli J. Richardson<br>Magistrate Judge Alistair E. Newbern |

## ORDER

  This matter is set for an initial case management conference on April 25, 2023, at 9:30 a.m. (Doc. No. 4.) The parties have not filed the proposed case management order. Accordingly, the conference is RESET for at May 2, 2023, at 11:00 a.m. Counsel for each party shall call (888) 557-8511 and enter access code 7819165# to participate.

  The parties are reminded of their obligation to file a joint proposed case management order no later than three business days before the conference. The parties shall also email a Word version of the joint proposed case management order to Newbern_Chambers@tnmd.uscourts.gov.

  It is so ORDERED.

<br>

                 _____
                 ALISTAIR E. NEWBERN
                 United States Magistrate Judge