UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CYNTHIA RICE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Case No. 3:23-cv-00150 |
| | ) JUDGE RICHARDSON |
| AECOM, ET AL., | ) ) |
| Defendants. | ) |

## **ORDER**

Based on the filing of the Amended Complaint (Doc. No. 12), it is apparent that there is no longer an "AECOM" that is a Defendant in this case. The Clerk is directed to terminate "AECOM" as a party and amend the case caption to conform to the case caption in the Amended Complaint.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE