IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CYNTHIA RICE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | NO. 3:23-cv-00150 |
| v. ) | JUDGE RICHARDSON |
| ) | |
| AECOM, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ORDER

On April 1, 2024, the Court entered a final order in this case. The Clerk of the Court is **DIRECTED** to enter final judgment under Federal Rule of Civil Procedure 58 and close the file.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE