# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

Cynthia Rice

            Plaintiff,

v.               Case No.: 3:23−cv−00150

McHugh Concrete Construction, Inc. , et al.

            Defendant,

## ENTRY OF JUDGMENT

 Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 4/8/2024 re [68].

                        Lynda M. Hill
                  s/ Kim Chastain, Deputy Clerk